For the foregoing reasons the order of the trial court must be affirmed.

Affirmed.

SCHWARTZ and DEMPSEY, JJ., concur.

Susan A. I. Schultz, a Minor, by Mary Schultz, Her Guardian and Next Friend, Plaintiffs-Appellees, v. Murad Agenlian, American National Bank & Trust Company, as Trustee Under Trust No. 22590, Chicago City Bank & Trust Company, as Trustee Under Trust No. 5596, Bank of Lyons, an Illinois Banking Corporation, Mary Schultz, United States of America, and Ralph Robinson, as Administrator of the Estate of A. A. Schultz, Deceased, Defendants.
Appeal of Murad Agenlian and American National Bank & Trust Company, as Trustee Under Trust No. 22590, Defendants-Appellants.

Gen. No. 52,089. (Abstract of Decision.)

First District, Third Division.

December 14, 1967.

Willard J. Lassers, of Chicago (Alex Elson, Aaron S. Wolff,

Elson, Lassers and Wolff, and Preston Cummings, of counsel), for appellants; Edward J. Barrett, of Chicago, for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.

The People of the State of Illinois, Plaintiff-Appellee, v. Thomas Cassiday, Defendant-Appellant.

Gen. No. 67–13.

Third District.

December 14, 1967.

Rehearing denied January 24, 1968.

Patrick Cawley, of LaSalle, and Anna R. Lavin, Edward J. Calihan, Jr., and James F. Ashenden, Jr., of Chicago, for appellant.